IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

**ALBERT DERRICK BROCK**     *    **CHAPTER 13**
                                             *    **CASE: 11**
     **Debtor**                             *

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) shall pay to the trustee the sum of **$500.00** monthly direct by debtor.
2. From the payments so received the trustee shall make disbursements as follows:
    (a) The trustee percentage fee as set by the United States Trustee.
    (b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF 1ST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|

     (c) Pre-confirmation adequate protection payments will be made on the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditors. These payments will be applied to reduce the principal of the claim.
     (d)

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| INDEPENDENT BANK | $100.00 |

     (d) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| CREDITOR | AMOUNT | VALUE | INT | COLLATERAL | PAYMENT |
|---|---|---|---|---|---|
| Independent Bank | $20,938.00 | $17,000.00 | 4% | 08 Dodge Ram | $295.00 |
| Bank of NY | $5,000.00 | N/A | 0% | Arrears | $100.00 |
| **TOTAL SECURED PAYOUT** | | | | | **$395.00** |

     (e) **The Debtor(s) will be the disbursing agent on the following debts: BANK OF NEW YORK FOR MORTGAGE ON HOMESTEAD PROPERTY; KAWASAKI TO BE PAID DIRECT BY CO-DEBTOR; SANTANDER TO BE PAID DIRECT BY CO-DEBTOR.**
     (f) Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $2500.00 or a minimum of $200.00 per hour to be paid as follows: **ATTORNEY FEES WILL BE PAID ACCORDING TO LOCAL RULE.**
     (g) The following collateral is to be surrendered to the creditor:

| CREDITOR | COLLATERAL |
|---|---|
| **PEOPLE'S SOUTH BANK** | **DOUBLEWIDE MOBILE HOME** |

     (h) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of _____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| CREDITOR | PAYMENT AMOUNT |
|---|---|
| N/A | N/A |

     (i) The following unsecured claims are classified to be paid at 100%. These payments will/will not be simultaneously with payment of the secured debt:
     (j) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.
     (k) Special provisions: **PEOPLE'S SOUTH BANK WILL BE TREATED AS UNSECURED AS TO THE VALUE OF THEIR 2ND LIEN ON THE DEBTOR'S REAL PROPERTY, AS THE DEBT OWED ON THE FIRST MORTGAGE DOES NOT MEET THE FULL VALUE OF THE 1ST MORTGAGE.**
     (l) General unsecured creditors whose claims are duly proven and allowed will be paid

(1)     0% dividend or a prorata share of $00.00, whichever is greater; or
(2)     The Debtor(s) will make payments for a minimum of 36 months.

(m)    Upon discharge all non-purchase, non-possessory money liens, judicial liens and all non-possessory liens in any and all property of the bankruptcy estate will be avoided pursuant to 11 USC 522(f), and upon notice of discharge, the creditors shall cancel said lien of record within fifteen (15) days of such notice. This provision shall apply to the following Creditors: **N/A.**

1/11/2011
DATE

/S/ Shelba D. Sellers
SHELBA D. SELLERS
PO BOX 1157
THOMASVILLE GA 31799
GA BAR 635510
(229)226-9888
shelba_sellers@yahoo.com